UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

Dana Nessel, Attorney General for the State
of Michigan,

    Plaintiff,                                    Case No.: 2:20-cv-12713

        v.                                        Hon. Laurie J. Michelson

Go to Gifts, Inc.,

    Defendant.

---

## **NOTICE OF APPERANCE**

Please take notice that attorney Amanda Osorio of Revision Legal, PLLC, has entered her appearance as counsel for Defendant in this matter.

Dated: October 13, 2020                 /s/ Amanda Osorio
                                                  Amanda Osorio (P79006)
                                                  Counsel for Defendant
                                                  Revision Legal, PLLC
                                                  444 Cass St. Ste. D
                                                  Traverse City, MI 49684
                                                  amanda@revisionlegal.com

## Certificate of Service

The undersigned certifies that a copy of the foregoing Notice of Appearance was served on all counsel of record through the Court's ECF system.

Dated: October 13, 2020

/s/ Amanda Osorio
Amanda Osorio
Counsel for Defendant
Revision Legal, PLLC
444 Cass St. Ste. D
Traverse City, MI 49684
amanda@revisionlegal.com